# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEALER COMPUTER SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHD, INC., <br><br> Defendant. | Case No. 1:13-mc-00042-SAB <br><br> ORDER DIRECTING APPEARANCE AND EXAMINATION OF PAUL H. DEATHRIAGE, JR., PERSON MOST KNOWLEDGEABLE FOR JUDGMENT DEBTOR, AND FOR PRODUCTION OF DOCUMENTS DESCRIBED IN THE NOTICE TO ATTEND <br><br> (C.C.P. §§ 708.110, 708.150, 1987(c)) |

On reading the Application of Plaintiff and Judgment Creditor DEALER COMPUTER SERVICES, INC., (hereinafter "Judgment Creditor"), and the attached Notice to Attend and Produce Documents at Examination and it appearing that judgment was recovered herein in favor of Judgment Creditor and against PHD, INC., (hereinafter "Judgment Debtor"), on June 27, 2013, for the sum of $1,052,053.22, plus interest at the rate of 3.339% compounded annually from July 9, 2010, plus an additional $128,142.02 in arbitration fees, the judgment being registered with the United States District Court Eastern District of California on August 20, 2013, and that judgment remains unpaid, and no amount having been paid on the outstanding judgment by Judgment Debtor, and PAUL H. DEATHRIAGE, Jr., being the President, owner, and person most knowledgeable regarding the assets and liabilities of Judgment Debtor; and good cause appearing therefor; IT IS HEREBY ORDERED THAT PAUL H. DEATHRIAGE,

JR., THE PERSON MOST KNOWLEDGEABLE REGARDING THE ASSETS AND LIABILITIES OF JUDGMENT DEBTOR, APPEAR BEFORE DEPARTMENT 9 OF THIS COURT LOCATED AT 2500 TULARE STREET, FRESNO, CALIFORNIA 93721, ON DECEMBER 11, 2013, AT 9:30 A.M. TO ANSWER QUESTIONS CONCERNING THE JUDGMENT DEBTOR'S ASSETS AND LIABILITIES;

IT IS FURTHER ORDERED THAT JUDGMENT DEBTOR PRODUCE THOSE DOCUMENTS DESCRIBED IN THE NOTICE TO ATTEND AND PRODUCE DOCUMENTS AT EXAMINATION, FILED AND SERVED WITH JUDGMENT CREDITOR'S MOVING PAPERS, TO AID IN THE ENFORCEMENT OF THE MONEY JUDGMENT.

**NOTICE TO PERSON SERVED**. If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney's fees incurred by the judgment creditor in this proceeding.

**NOTICE TO JUDGMENT DEBTOR**. If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**NOTICE TO CORPORATION OR OTHER ORGANIZATION**. It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.

IT IS SO ORDERED.

Dated:   **November 5, 2013**

_____
UNITED STATES MAGISTRATE JUDGE