# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEALER COMPUTER SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHD, INC., <br><br> Defendant. | Case No.  1:13-mc-00042-SAB <br><br> ORDER REQUIRING PARTIES TO MEET AND CONFER REGARDING DEBTOR EXAMINATION AND PRODUCTION OF DOCUMENTS <br><br> JOINT STATEMENT DUE MONDAY, DECEMBER 9, 2013 |

A debtor examination is scheduled in this matter for December 11, 2013.  On November 22, 2013, Judgment Debtor PHD, Inc. ("Judgment Debtor") filed objections to Judgment Creditor Dealer Computer Services, Inc.'s ("Judgment Creditor") notice to compel production of documents.  (ECF No. 12.)

In light of Judgment Debtor's objections, the Court will order the parties to meet and confer, prior to December 9, 2013, regarding Judgment Creditor's requests for production of documents.  If the parties are unable to informally resolve their dispute regarding the requests for production, the parties shall jointly prepare and file a Joint Statement Regarding Document Production Dispute setting forth their respective legal positions.  The Joint Statement Regarding Document Production Dispute shall be filed by noon on Monday, December 9, 2013 and the Court will issue a written order on Judgment Debtor's objections prior to the December 11, 2013 hearing.

Accordingly, it is HEREBY ORDERED that:

1. Prior to December 9, 2013, the parties shall meet and confer in an attempt to informally resolve Judgment Debtor's objections regarding Judgment Creditor's requests for production; and

2. If the parties are unable to informally resolve their dispute, they shall jointly prepare and file a Joint Statement Regarding Document Production Dispute on or before noon on Monday, December 9, 2013.

IT IS SO ORDERED.

Dated: **November 27, 2013**

UNITED STATES MAGISTRATE JUDGE