# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEALER COMPUTER SERVICES, INC., | Case No. 1:13-mc-00042-SAB |
| Plaintiff, | ORDER DENYING MOTION FOR TURNOVER ORDER AS MOOT AND CLOSING ACTION |
| v. | |
| PHD, INC., | ECF NO. 18, 21 |
| Defendant. | |

On February 12, 2014, Plaintiff Dealer Computer Services, Inc. ("Plaintiff") filed a motion for a turnover order. (ECF No. 18, 21.) On March 24, 2014, Plaintiff filed a notice of settlement informing the Court that the parties have reached a settlement of all issues in this case. (ECF No. 27.) Accordingly, it is HEREBY ORDERED that:

1. The February 12, 2014 motion for turnover order is DENIED as moot (ECF Nos. 18, 21);

2. The hearing on the motion set for March 26, 2014 at 10:00 a.m. is VACATED and the parties shall not be required to appear at that time; and

///

///

///

///

1

3. The Clerk of the Court is directed to CLOSE this action.

IT IS SO ORDERED.

Dated:   **March 25, 2014**

UNITED STATES MAGISTRATE JUDGE